Marcia McGair Ippolito, Div. of Taxation, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

■

Alfred L. BASSETT

v.

W.H. NICHOLS CO.

No. 83–596–M.P.

Supreme Court of Rhode Island.

Jan. 12, 1983.

Daniel R. Sumner, Warwick, for petitioner.

Francis Connor, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

■

ABA CORPORATION et al.

v.

John H. NORBERG, Tax Administrator.

No. 83–431–M.P.

Supreme Court of Rhode Island.

Jan. 19, 1983.

Thomas L. McDonald/Stephen C. Mackie, Providence, for petitioners.

STATE

v.

Paul JOHNSON.

No. 82–534–C.A.

Supreme Court of Rhode Island.

Jan. 19, 1983.

Dennis J. Roberts II, Atty. Gen., Marc DeSisto, Sp. Asst. Atty. Gen., for plaintiff.

James A. Ruggiero, North Providence, for defendant.

ORDER

The motion to reconsider is denied.

■

Mercedes STEVENSON

v.

Frances PARSONS.

No. 83–566–M.P.

Supreme Court of Rhode Island.

Jan. 19, 1983.

Judith Stevenson Calcagni, Cranston, for petitioner.

Peter S. Haydon, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.